Neuwirth, Appellant, *v.* McKeesport
Hospital.
Neuwirth, Appellant, *v.* Auslander.

Argued November 16, 1972. *John J. Hickton,* with him *Hickton & Steele,* for appellant; *J. Walters* and *Bruce R. Martin,* with them *W. Arch Irvin, Jr., Robert S. Grigsby, Janet N. Valentine, Wayman, Irvin, Trushel & McAuley,* and *Thomson, Rhodes & Grigsby,* for appellees.

Order and judgment affirmed.

WRIGHT, P. J., dissents.

WATKINS, J., absent.

O'Donnell *v.* Hail, Appellant.

Argued November 16, 1972. *Donald W. Bebenek,* with him *Raymond H. Conway,* and *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellant; *Edward J. Balzarini,* with him *Balzarini, Walsh, Conway & Maurizi,* for appellee.

Judgment affirmed.

WATKINS, J., absent.